JIN SUNG BOK ET AL. *v.* DONATO ANTONE ET AL.
(7121)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued February 15—decision released February 22, 1989

*Thomas E. Katon,* with whom, on the brief, was *Joseph E. Faughnan,* for the appellants (defendants Beazley Company et al.).

*George E. Tillinghast, Jr.,* for the appellee (named defendant).

PER CURIAM. There is no error.